IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY EARNEST DAVENPORT, JR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 04-JHH-RRA-2999-S |
| ) | |
| CITY OF BESSEMER, et. al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 24, 2004, recommending that the claims against the City of Bessemer, Alabama, and the City of Bessemer, Alabama, Police Department in this action filed pursuant to 42 U.S.C. § 1983 be dismissed with prejudice for failure to state claim upon which relief may be granted and failing to name a legal entity subject to suit pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). The magistrate judge further recommended that plaintiff's allegations against homicide detective Mark Stewart be dismissed without prejudice. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the claims against the City of Bessemer, Alabama, and the City of Bessemer, Alabama, Police Department are due to be DISMISSED WITH PREJUDICE for failure to state claim upon which relief may be granted and failing to name a legal entity subject to suit pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). Further, the claims against homicide detective Mark Stewart are due to be DISMISSED WITHOUT PREJUDICE.

An appropriate order will be entered.

DATED this 9th day of February, 2005.

SENIOR UNITED STATES DISTRICT JUDGE